# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 10/2/2019   Time: 2:00 p.m.

Defendant: SETH NEZAT        J#: 19691-104   Case #: 19-3574-MJ-OTAZO-REYES
AUSA: Gary Aronowitz        Attorney: AFPD - Sara Kane
Violation: S/D/OH ORDER FOR BENCH WARRANT/WARR/FAILURE TO APPEAR FOR BOND VIOLATION HEARING        Surr/Arrest Date: 10/2/2019   YOB: 1972

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: PTD
Bond Set at: Stip PTD with the right to revisit   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition: Deft waived removal + Ordered removed to the S/D OH

Deft stipulated to pretrial detention with the right to revisit.

AFPD appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:25:35, 14:29:06        Time in Court: 8 min
s/Alicia M. Otazo-Reyes        Magistrate Judge