# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:19–mj–03574–AOR–1
### *Internal Use Only*

Case title: USA v. Nezat

Date Filed: 10/02/2019
Date Terminated: 10/03/2019

Assigned to: Magistrate Judge Alicia M. Otazo–Reyes

**Defendant (1)**

**Seth Nezat**　　　　　　　　　represented by　**Noticing FPD–MIA**
19691–104　　　　　　　　　　　　　　　　　　　305–530–7000
*YOB 1972 ENGLISH*　　　　　　　　　　　　　　Email: MIA_ECF@FD.org
*TERMINATED: 10/03/2019*　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　Designation: Public Defender Appointment

**Pending Counts**　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　**Disposition**

18:U.S.C.§3146 FAILURE TO
APPEAR FOR BOND
VIOLATION HEARING

**Plaintiff**

**USA**　　　　　　　　　　　　　　represented by　**Noticing AUSA CR TP/SR**
　　　　　　　　　　　　　　　　　　　　　　　Email: Usafls.transferprob@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/02/2019 | 1 | 3 | Magistrate Removal of Arrest Warrant from SOUTHERN DISTRICT OF OHIO Case number in the other District 1:18–CR–109–12 as to Seth Nezat (1). (at) (Entered: 10/02/2019) |
| 10/02/2019 | 2 | 5 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo–Reyes: Initial Appearance as to Seth Nezat held on 10/2/2019. Date of Arrest or Surrender: 10/2/19. STIP TO PTD. Deft waived removal. Attorney added: Noticing FPD–MIA for Seth Nezat (Digital 14:25:35/14:29:06) Signed by Magistrate Judge Alicia M. Otazo–Reyes on 10/2/2019. (dgj) (Entered: 10/03/2019) |
| 10/03/2019 | 3 | 6 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Seth Nezat (at) (Entered: 10/04/2019) |
| 10/03/2019 | 4 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Seth Nezat. Defendant committed to District of Southern District of Ohio.. Closing Case for Defendant. (Signed by Magistrate Judge Alicia M. Otazo–Reyes on 10/2/2019). *(See attached document for full details).* (at) (Entered: 10/04/2019) |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

**19-3574-MJ-OTAZO-REYES**

United States of America
v.
SETH NEZAT

Case No. 1:18-cr-109-12

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SETH NEZAT,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for bond violation hearing before U.S. District Judge Timothy S. Black (see attached Order)

Date: 10/01/2019

*United States District Judge*

City and state: Cincinnati, Ohio

Timothy S. Black, U.S. District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

FILED BY YR DC
Oct 2, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

19-3574-MJ-OTAZO-REYES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-109 |
| vs. | : | Judge Timothy S. Black |
| SETH NEZAT (12), | : | |
| Defendant. | : | |

## ORDER REGARDING ISSUANCE OF BENCH WARRANT

The Court, having been informed of Defendant Seth Nezat's repeated violations while on bond, set this case for a bond violation hearing on October 1, 2019 and summoned Defendant to appear and show cause as to why his bond should not be revoked. (Docs. 109, 110, 112).

On October 1, 2019, the Court was notified by the Pretrial Officers in the Southern District of Florida and the Southern District of Ohio that, from the date of issuance of the summons to the date of the bond violation hearing, Defendant has continued to violate the conditions of his bond. (Doc. 109). Moreover, on October 1, 2019, Defendant failed to appear before this Court for the bond violation hearing, as required. Accordingly, the Court issued a bench warrant for Defendant's arrest. The Court directs the U.S. Marshals to bring Defendant before this Court without delay.

**IT IS SO ORDERED.**

Date: 10/1/2019

Timothy S. Black
United States District Judge

4

# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor      Date: 10/2/2019      Time: 2:00 p.m.

Defendant: SETH NEZAT      J#: 19691-104      Case #: 19-3574-MJ-OTAZO-REYES
AUSA: Gary Arunowitz      Attorney: AFPD - Sara Kane
Violation: S/D/OH ORDER FOR BENCH WARRANT/WARR/FAILURE TO APPEAR FOR BOND VIOLATION HEARING      Surr/Arrest Date: 10/2/2019      YOB: 1972

Proceeding: Initial Appearance      CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No      Recommended Bond: PTD
Bond Set at: Stip PTD with the right to revisit      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs      Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:
☐ Other:

Disposition: Deft waived removal + Ordered removed to the S/D OH

Deft stipulated to pretrial detention with the right to revisit.

AFPD appt

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE      Date:      Time:      Judge:      Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:25:35, 14:29:06      Time in Court: 8 min
s/Alicia M. Otazo-Reyes      Magistrate Judge

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 19-3574-MJ-OTAZO-REYES

United States of America
    Plaintiff,
v.
                                  Charging District's Case No.  1:18-CR-109-12

SETH NEZAT,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **SOUTHERN DISTRICT OF OHIO.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

X _____
Defendant's Signature

Date: 10/2/2019

_____
Alicia M. Otazo-Reyes
United States Magistrate Judge

6

United States District Court
Southern District of Florida
Case No. 19-3574-MJ-OTAZO-REYES

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 1:18-CR-109-12

SETH NEZAT,
(USM# 19691-104)
_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the SOUTHERN DISTRICT OF OHIO. **AFPD Sara Kane** was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 10/2/2019.

Alicia M. Otazo-Reyes
United States Magistrate Judge

7